

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HARSTAN, LTD, A TEXAS LIMITED PARTNERSHIP, and TBI, INC., ITS GENERAL PARTNER, | § § § | No. 08-12-00086-CV |
| Appellants, | § | Appeal from the |
| | | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| SI KYU KIM and SARAH KYUNG-AL KIM, | § § | (TC# 2003-4083) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.